# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA HALL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER of SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Civil No. 19-cv-032-DGW |

## ORDER for ATTORNEY'S FEES

**WILKERSON, Magistrate Judge:**

Before the Court is the parties' Amended Stipulation to Award of Attorney Fees. (Doc. 23).

The parties agree that plaintiff is entitled to an award of attorney's fees in the amount of $5,909.10.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. Per the parties' agreement, this award shall fully and completely satisfy any and all claims for fees and expenses, but not costs, that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff reserves his right collect costs, including filing fees, and must file a separate Bill of Costs to recoup those items.

The parties' Stipulation to Award of Attorney Fees **(Doc. 23)** is **GRANTED**. The Court awards plaintiff attorney's fees in the amount of $5,909.10 (five thousand, nine hundred and nine dollars and ten cents). These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). See also, *Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and counsel.

**IT IS SO ORDERED.**

DATE: November 22, 2019.

**DONALD G. WILKERSON**
**U.S. MAGISTRATE JUDGE**